# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LONGHORN HD LLC., | § § § | |
| Plaintiff, | § § | Case No. 2:20-cv-00182-JRG-RSP |
| v. | § § | **JURY TRIAL DEMANDED** |
| BISOSTAR MICROTECH INT'L CORP., | § § § | |
| Defendant. | § § § | |

**REQUEST FOR JUDICIAL ASSISTANCE**

THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION, PRESENTS ITS COMPLIMENTS TO THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN, AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS TO BE USED IN A JUDICIAL PROCEEDING BEFORE THIS COURT IN THE ABOVE CAPTIONED MATTER. A TRIAL/HEARING ON THIS MATTER HAS NOT BEEN SCHEDULED. THIS COURT REQUESTS THE ASSISTANCE DESCRIBED HEREIN AS NECESSARY IN THE INTEREST OF JUSTICE. THE ASSISTANCE REQUESTED IS THAT THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN ARRANGES FOR SERVICE OF PROCESS UPON THE BELOW NAMED DEFENDANT IN A CIVIL PROCEEDING:

DEFENDANT TO BE SERVED:   **Biostar Microtech Int'l Corp.**

ADDRESS FOR SERVICE:   231 2F, No. 108-2,

   Min Chuan Road, Hsin Tien District,

   New Taipei City, Taiwan

FACTS

PLAINTIFF IS A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF TEXAS WITH PRINCIPAL PLACE OF BUSINESS LOCATED WITHIN THIS COURT'S JURISDICTION. THIS COURT HAS SUBJECT MATTER JURISDICTION OVER THE PROCEEDING PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, AND IS THE PROPER VENUE FOR THE PROCEEDING.

REQUEST

THAT THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN ASSIST WITH INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS OF THE ATTACHED COURT-FILED PLEADINGS UPON **Biostar** TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT.

RECIPROCITY

THE UNITED STATES DISTRICT COURT, EXPRESSES A WILLINGNESS TO PROVIDE SIMILAR ASSISTANCE TO JUDICIAL AUTHORITIES OF JAPAN.

REIMBURSEMENT FOR COSTS

THE PLAINTIFF'S COUNSEL, FABRICANT LLP, EXPRESSES A WILLINGNESS TO REIMBURSE THE JUDICIAL AUTHORITIES OF TAIWAN FOR COSTS INCURRED IN EXECUTING THE REQUESTING COURTS LETTER ROGATORY.

# EXEMPLIFICATION CERTIFICATES

I,_____, Clerk of the United States District Court, Eastern District of Texas, Marshall Division and keeper of the records and seal of the Court certify that the documents attached are true copies of:

    Summons in a Civil Action

    Complaint for Patent Infringement

Now remaining among the records of the Court. In testimony of this statement, I sign my name, and affix the seal of this Court at Marshall, Texas, USA, this_____day of August, 2020.

_____
Clerk of the United States District Court, Eastern District of Texas, Marshall Division

Seal of the Court ▲

I,_____, Judge of the United States District Court, Eastern District of Texas, Marshall Division, certify that _____ is, and was at the date of the above certificate, Clerk of the United States District Court, Eastern District of Texas, Marshall Division, duly appointed and sworn, and keeper of the records and seal of the Court, and that the above certificate of the Clerk and the Clerk's attestation is in due form of law.

_____
Judge, of the United States District Court, Eastern District of Texas, Marshall Division

I, _____, Clerk of the United States District Court, Eastern District of Texas, Marshall Division and the keeper of the records and seal of the Court certify that the Honorable Judge _____ is and was on the date of the above certificate a judge of the Court, duly appointed and sworn, and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.

In testimony of this statement, I sign my name, and affix the seal of the Court at Marshall, Texas, USA, this_____day of August, 2020.

_____
Clerk of the United States District Court, Eastern District of Texas,
Marshall Division

Seal of the Court