# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LONGHORD HD LLC., | § | Case No. 2:20-cv-00182-JRG-RSP |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| BIOSTAR MICROTECH INT'L CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR SERVICE OF PROCESS ON DEFENDANT BIOSTAR MICROTECH INT'L CORP.

Before the Court is Plaintiff Longhorn HD LLC.'s ("Longhorn") Motion for Issuance of Letters of Request for Judicial Assistance - Letters Rogatory (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

Accordingly, the Court will execute the Request for Judicial Assistance attached as Exhibit A to Longhorn's Motion.  The Clerk is DIRECTED to authenticate, under seal of this Court, the Court's signature on the Request for Judicial Assistance and prepare two certified copies of the signed and sealed letter.  Vincent J. Rubino, III, of Fabricant LLP, 230 Park Avenue, 3rd Floor W., New York, NY 10169, or his agent, is hereby ORDERED to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Request for Judicial Assistance to the proper authority in Taiwan.