AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS
Marshall Division

| | |
|---|---|
| LONGHORN HD LLC., <br> *Plaintiff(s)* <br> v. <br> BIOSTAR MICROTECH INT'L CORP, <br> *Defendant(s)* | Civil Action No. 2:20-cv-00182 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Biostar Microtech Int'l Corp
> 231 2F, No. 108-2, Min Chuan Road
> Hsin Tien District
> New Taipei City, Taiwan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Vincent J. Rubino, III
> BROWN RUDNICK LLP
> 7 Times Square
> New York, New York  10036
> Telephone: (212) 209-4800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/9/20

*Signature of Clerk or Deputy Clerk*
(David A. O'Toole)

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:20-CV-00182-JRG

Plaintiff:
**Longhorn HD LLC**

vs.

Defendant:
**Biostar Microtech Int'l Corp**

For:
Brown Rudnick LLP
7 Times Square
New York, NY 10036

Received by Austin Process LLC on the 28th day of January, 2021 at 12:30 pm to be served on **Biostar Microtech Int'l Corp. by serving The Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2021 at 4:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **2 copies - Summons in a Civil Action, Plaintiff's Original Complaint for Patent Infringement, and a $55.00 SOS fee** with the date and hour of service endorsed thereon by me, to: **Michael Orta, Texas Secretary of State** as Authorized Agent, at the address of: **1019 Brazos, Austin, Travis County, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 28th day of January, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2021000619
Ref: 2102169

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t